IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| VICTORIA CLARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 1:24-cv-01109-JDB-jay |
| | ) |
| JEFFERSON CAPITAL SYSTEMS, LLC. | ) |
| | ) |
| Defendant. | ) |

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

Before the Court is the complaint filed by the Plaintiff, Victoria Clark, proceeding pro se. By Administrative Order, this matter was referred to the United States magistrate judge for management of all pretrial matter sand for determination and/or report and recommendation. Admin. Order 2013-05.  Magistrate Judge Jon A. York conducted a screening review of the complaint under 28 U.S.C. § 1915(e)(2)(B) because Plaintiff is proceeding in forma pauperis. (Docket Enty ("D.E.") 7 at PageID 25.) After reviewing the allegations, Judge York recommended dismissal.  (*Id.* at PageID 32.)  At the end of the Report and Recommendation, the Magistrate Judge notified Clark that, if she disagreed with the recommendation, she was required to file an objection within 14 days. (*Id.*)  Judge York added that "failure to file [an objection] within fourteen (14) days may constitute a waiver and/or forfeiture of objections, exceptions, and any further appeal."  (*Id.* (emphasis omitted)).

Plaintiff has not objected to the Magistrate Judge's report and recommendation and the time for doing so has expired.  Clark, consequently, has forfeited her objections to the report and recommendation.  *See Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019) (quoting *Kensu v.*

*Haigh*, 87 F.3d 172, 176 (6th Cir. 1996)).  Accordingly, upon review of the record, the report and recommendation is ADOPTED and the action is DISMISSED with prejudice.

    IT IS SO ORDERED this 3rd day of January 2025.

                                              s/ J. DANIEL BREEN
                                              UNITED STATES DISTRICT JUDGE